UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTONIETTA ZAPPIER,

                Plaintiff,

   -against-

PROJECT VERITAS and MICHAEL SPADONE,

                Defendants.
------------------------------------------------------------------------X

Case No.: 22-cv-06709

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Justin T. Kelton of Abrams Fensterman, LLP hereby appears as counsel for Defendant Project Veritas in the above-captioned matter, and requests that all papers be served on him at the address below.

Dated:    Brooklyn, New York
            September 13, 2022

                                          **ABRAMS FENSTERMAN, LLP**

                                          */s/ Justin T. Kelton*
                                          Justin T. Kelton
                                          1 MetroTech Center, Suite 1701
                                          Brooklyn, NY 11201
                                          Tel: (718) 215-5300 x 501
                                          Fax: (718) 215-5304
                                          Email:  jkelton@abramslaw.com
                                          *Attorneys for Defendant*
                                          *Project Veritas*