GINSBURG & MISK LLP
Christopher Ryan Clarke, Esq. (cc0940)
Gerard N. Misk, Esq. (GNM7428)
215-48 Jamaica Avenue
Queens Village, New York 11428
Telephone: (718) 468-0500
Facsimile: (718) 468-0592
*Attorneys for Defendant*
*Michael Spadone*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANTONIETTA ZAPPIER,

        Plaintiff,                   Case No.
                                    1:22-cv-06709
  -against-

PROJECT VERITAS and MICHAEL SPADONE,    **NOTICE OF APPEARANCE**

        Defendant.
------------------------------------X

S I R S :

**PLEASE TAKE NOTICE**, that the defendant, Michael Spadone, hereby appears in this action and that the undersigned has been retained as attorneys for said defendant and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Queens Village, New York
      September 13, 2022

                      Yours, etc.,

                      GINSBURG & MISK LLP

                      BY: _____
                      CHRISTOPHER RYAN CLARKE, ESQ.
                      GERARD N. MISK, ESQ.
                      *Attorneys for Defendant*
                      *Michael Spadone*
                      215-48 Jamaica Avenue
                      Queens Village, New York 11428
                      (718) 468-0500