| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | |

| NONE | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev., etc.)* | Home Phone | Year of Birth |
|---|---|---|
| Antoinietta Zappier | 914-557-4384 | 1961 |

Street Address, City State and ZIP Code

87 Union Avenue
Harrison, NY 10528

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Project Veritas | 70 | 914-327-5940 |

Street Address, City State and ZIP Code

1214 W. Boston Rd., No. 148
Mamaroneck, NY  10543

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address, City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Sex, age, opposition to discrimination, OWBPA | December 17, 2021 | June 10, 2022 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

 1. Complainant is 61 years old. She was hired in September 2019 as "Executive Office Coordinator."

 2. Project Veritas ("PV") is a non-profit political organization.

 3. On December 17, 2021, Michael Spondone, 35 years old, Director of Field Operations, sexually assaulted Complainant at a PV Christmas party.

 4. On March 24, 2022, Spondone requested that Complainant come to his home for the weekend. Complainant declined.

 5. On March 30, 2022, Complainant was terminated on pretextual grounds. On that date, Claimant signed a separation agreement waiving all but worker's compensation and unemployment claims, which did not contain the provisions of the Older Workers Benefit Protection Act ("OWBPA").

 6. After Complainant retained counsel, who raised the lack of OWBPA protections and accused PV of quid pro quo sexual harassment, PV sued Complainant seeking a return of severance money and other damages.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 07/12/2022 | |
| Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |