

# advocates for justice
## chartered attorneys

Arthur Z. Schwartz
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

October 26, 2022

By ECF

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: Gioia, Zappier et al v Project Veritas
22-cv-06710
Request to Schedule Pre-Motion Conference Earlier

Dear Judge Halpern:

The Court has set a Pre-Motion Conference on a proposed Motion to Dismiss in this matter for December 14, 2022. In a related matter, *Zappier v Project Veritas, 7:22-cv-06709,* which includes several of the same parties, has been set for a Pre-Motion to Dismiss Conference on November 7, 2022 at 3:30PM. There is a very important overlapping issue in both cases, to wit, whether the Separation Agreement signed by Plaintiff Zappier bars her litigation in both cases, and, or whether this Court should stay the litigation pending the resolution of a NY State Supreme Court proceeding titled *Project Veritas v. Zappier*.

We request that both conferences proceed on November 7, 2022 in the interest of judicial economy and to [...] holding the conf[...]

In additio[...] in November. W[...] the attorneys a b[...] case.

Thank yo[...]

cc: All Coun[...]

---

Application granted in part. The Court will hold the conferences in both this and the *Zappier* action at the same date and time. Because defendants have advised the Court of a conflict on 11/7/2022 (Doc. 34) and because the Court has scheduling conflicts on the other dates proposed by defendants, the pre-motion telephone conference in this matter will remain on the calendar for 12/14/2022; and the conference presently scheduled for 11/7/2022 at 3:30 p.m. in *Zappier* (22-cv-6709) will be adjourned to 12/14/2022 at 10:00 a.m. so that it proceeds simultaneously with this conference.

Defendants' request to extend the deadline to produce pre-mediation documents (Doc. 34) is granted. The deadline is extended to 11/15/2022.

The Clerk of Court is respectfully requested to: (1) docket this order in both *Gioia* (22-cv-6710) and *Zappier* (22-cv-6709); (2) adjourn the conference scheduled for 11/7/2022 in *Zappier* (22-cv-6709) to 12/14/2022 at 10:00 a.m.; and (3) terminate the pending letter-motion (Doc. 33).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 27, 2022