

Arthur Z. Schwartz
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

February 17, 2023

By ECF

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

      Re:    Zappier v. Project Veritas et al.
             7:22-cv-06709 – PMH
             Request to Adjourn Briefing Schedule

Dear Judge Halpern:

      Defendants have filed a Motion to Dismiss. By the Court's scheduling Order, our Opposition Brief is due on Monday, February 20, 2023. Besides the difficulty that providing a brief on Presidents Day presents, I have a 9th Circuit brief due on February 21, 2023, and a N.Y. Court of Appeals brief due later in the week.

      The parties have agreed to an adjourned schedule, with the Court's approval, as follows:

      Plaintiff's Opposition:     March 6, 2023
      Defendants' Reply:       March 20, 2023

      We request that the Court approve this schedule.

                                                   Respectfully submitted,

                                                   /s/ *Arthur Z. Schwartz*

                                                   Arthur Z. Schwartz

cc:    Justin Kelton, Esq. (by ECF)