

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

By ECF

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

> Application granted. The briefing schedule is extended as set forth herein.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 21, 2023

      Re:    Zappier v. Project Veritas et al.
              7:22-cv-06709 – PMH
              <u>Request to Adjourn Briefing Schedule</u>

Dear Judge Halpern:

      Defendants have filed a Motion to Dismiss. By the Court's scheduling Order, our Opposition Brief is due on Monday, February 20, 2023. Besides the difficulty that providing a brief on Presidents Day presents, I have a 9th Circuit brief due on February 21, 2023, and a N.Y. Court of Appeals brief due later in the week.

      The parties have agreed to an adjourned schedule, with the Court's approval, as follows:

          Plaintiff's Opposition:      March 6, 2023
          Defendants' Reply:        March 20, 2023

We request that the Court approve this schedule.

                                        Respectfully submitted,

                                        /s/ *Arthur Z. Schwartz*

                                        Arthur Z. Schwartz

cc:     Justin Kelton, Esq. (by ECF)