UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTONIETTA ZAPPIER,

               Plaintiff,

   -against-

PROJECT VERITAS and MICHAEL SPADONE

              Defendants.
-----------------------------------------------------------------X

Case No.: 22-cv-06709 (PMH)

## DECLARATION OF CHRISTOPHER RYAN CLARKE

I, Christopher Ryan Clarke, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am an attorney admitted to practice before this court. I am a partner of the law firm of Ginsburg & Misk LLP, counsel for Defendant Michael Spadone. I submit this declaration in further support of Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint.

2. Annexed hereto as Exhibit A is a true and correct copy of Plaintiff's originally served opposition to Defendants' Joint Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Queens Village, New York
         March 23, 2023

                                                 */s/ Christopher Ryan Clarke*
                                                   Christopher Ryan Clarke