UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTONIETTA ZAPPIER,

          Plaintiff,

  -against-

PROJECT VERITAS and MICHAEL SPADONE

          Defendants.
-------------------------------------------------------------X

Case No.: 22-cv-06709 (PMH)

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant(s) Project Veritas and Michael Spadone pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

This Stipulation may be signed in counterparts, and electronic or facsimile signatures will constitute originals for the purpose of this Stipulation.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:   Brooklyn, New York
          May 10, 2023

                              **ADVOCATES FOR JUSTICE**
                              **CHARTERED ATTORNEYS**

                              */s/ Arthur Schwartz*
                              Arthur Z. Schwartz
                              225 Broadway Suite 1902
                              New York, New York 10007
                              Tel.: 212-285-1400
                              Fax: 212-285-1410
                              Email: aschwartz@advocatesny.com
                              *Attorneys for Plaintiff*

ABRAMS FENSTERMAN, LLP

/s/ Justin T. Kelton

Justin T. Kelton
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
Tel: (718) 215-5300
Fax: (718) 215-5304
Email: jkelton@abramslaw.com
*Attorneys for Defendant
Project Veritas*

GINSBURG & MISK, LLP

/s/ Christopher Ryan Clarke

Christopher Ryan Clarke
215-48 Jamaica Avenue
Queens Village, New York 11428
Tel.: (718) 468-0500
Fax: (718) 468-0592
CClarke@GMLawyers.net
*Attorneys for Defendant Spadone*